Official Form 1 (10/06) West Group, Rochester, NY

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>Ferrice, Fernali | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Fernando Rios | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) 1219 | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State)<br>1951 North 15th Avenue<br>Second Floor<br>Melrose Park IL<br>ZIPCODE 60120 | Street Address of Joint Debtor (No. & Street, City, and State)<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>SAME<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) SAME<br>ZIPCODE | |

**Type of Debtor** (Form of organization) (Check one box.)
- [X] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other  Loans

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 |
|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million |
|---|---|---|---|
| [ ] | [ ] | [ ] | [X] |

Estimated Liabilities:
| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million |
|---|---|---|---|
| [ ] | [ ] | [ ] | [X] |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/20/2007
Time: 16:23:42
Debtor: FERNALI FERRICE
Case: 07-21850      Fee : 1039
Chapter: 11 Rec. # : 3160945
Judge: Jack Schmetterer

1:07BK21850-BK001
```

Official Form 1 (10/06) West Group, Rochester, NY                                                                                              FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Fernali Ferrice |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years
(If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Northern District of | 03 B 37471 | 09/12/2003 |
| Location Where Filed:<br>Northern District of | Case Number:<br>07-02246 | Date Filed:<br>03/11/2007 |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor
(If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br>☐ Exhibit A is attached and made a part of this petition | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>X _____<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06) West Group, Rochester, NY

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): Fernali Ferrice

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Fernali Ferrice
Signature of Debtor

X Fernali Ferrice
Signature of Joint Debtor

(908) 606-6687
Telephone Number (if not represented by attorney)

11-20-2007
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X /s/ .
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

__Northern__ **District of** __Illinois__

In re __Fernali Ferria__     Case No. _____
          Debtor(s)                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[X] 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[ ] 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____
_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____*[signature]*_____

Date: 11/20/2007

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern DIVISION

In re  Fernali Ferrice
       aka Fernando Rios

Case No.
Chapter  11

_____/ Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 (or chapter 9) case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (If Secured also State Value of Security) |
|---|---|---|---|---|
| 1<br>Eastern Savings Bank<br>11350 McCormick Road<br>#200 Executive Plaza #2<br>Hunt Valley Maryland  21031 | Phone:<br>Stitt, Klein, Daday<br>121 South Wilke Road, #500<br>Arlington Hts. IL   60005 | | Value:<br>Net Unsecured: | $ 551,978.97<br>$ 0.00<br>$ 551,978.97 |
| 2<br>Legacy Insurance Agency, Inc.<br>307 W. 7th Street<br>Suite 1918<br>Fort Worth TX  76102 | Phone:<br>Legacy Insurance Agency, Inc.<br>307 W. 7th Street<br>Suite 1918<br>Fort Worth TX  76102 | | D | $ 451,173.00 |
| 3<br>Select Portfolio<br>3815 S. West Temple<br>Salt Lake City Utah<br>84115-4412 | Phone:<br>Select Portfolio<br>3815 S. West Temple<br>Salt Lake City Utah<br>84115-4412 | | | $ 48,595.00 |
| 4<br>Hanson Commercial Real Estate<br>Swanson, Martin & Bell<br>330 N. Wabash Suite 3300<br>Chicago IL  60611 | Phone:<br>Hanson Commercial Real Estate<br>Swanson, Martin & Bell<br>330 N. Wabash Suite 3300<br>Chicago IL  60611 | | D | $ 32,500.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>HSBC NV<br>P.O. Box 19360<br>Portland OR 97280 | Phone:<br>HSBC NV<br>P.O. Box 19360<br>Portland OR 97280 | | | $ 10,292.00 |
| 6<br>Ameriquest<br>P.O. Box 21550<br>Tulsa OK 74121 | Phone:<br>Ameriquest<br>P.O. Box 21550<br>Tulsa OK 74121 | Credit Card Purchases | | $ 9,978.84 |
| 7<br>Thyssekrupp Elevator Company<br>C/O Debra Liss<br>20 North Clark Street #2300<br>Chicago IL 60602 | Phone:<br>Thyssekrupp Elevator Company<br>C/O Debra Liss<br>20 North Clark Street #2300<br>Chicago IL 60602 | | D | $ 7,596.50 |
| 8<br>A & C International S.A.de C.V<br>C/O Baker Miller et al<br>29 North Wacker Drive 5th Floor<br>Chicago IL 60606 | Phone:<br>A & C International S.A.de C.V<br>C/O Baker Miller et al<br>29 North Wacker Drive 5th Floor<br>Chicago IL 60606 | | D | $ 5,432.00 |
| 9<br>The Platimum Associates<br>Weltman, Weingber, & Reis<br>10 S. LaSalle Suite 900<br>Chicago IL 60603 | Phone:<br>The Platimum Associates<br>Weltman, Weingber, & Reis<br>10 S. LaSalle Suite 900<br>Chicago IL 60603 | | | $ 4,000.00 |
| 10<br>Barnard Elevator Company<br>6650 Northwest Highway<br>Suite 106<br>Chicago IL 60631 | Phone:<br>Barnard Elevator Company<br>6650 Northwest Highway<br>Suite 106<br>Chicago IL 60631 | | | $ 3,950.00 |
| 11<br>Illinois Personal Taxes<br>Law Offices of Arnold Harris<br>600 W. Jackson Blvd #720<br>Chicago IL 60661 | Phone:<br>Illinois Personal Taxes<br>Law Offices of Arnold Harris<br>600 W. Jackson Blvd #720<br>Chicago IL 60661 | | | $ 3,850.77 |
| 12<br>Dineff Trademark Law Limited<br>160 North Wacker Drive<br>Chicago IL 60606 | Phone:<br>Dineff Trademark Law Limited<br>160 North Wacker Drive<br>Chicago IL 60606 | | | $ 1,225.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>KCA Financial Services Inc.<br>628 North Street<br>P.O. 53<br>Geneva Illinois   60134 | Phone:<br>KCA Financial Services Inc.<br>628 North Street<br>P.O. 53<br>Geneva Illinois   60134 | | | $ 727.00 |
| 14<br>Biehl & Biehl<br>P.O. Box 87410<br>Carol Stream IL   60188-7410 | Phone:<br>Biehl & Biehl<br>P.O. Box 87410<br>Carol Stream IL   60188-7410 | | | $ 535.82 |
| 15<br>Dependon Collection<br>PO Box 6074<br>River Forest IL   60305 | Phone:<br>Dependon Collection<br>PO Box 6074<br>River Forest IL   60305 | | | $ 265.00 |
| 16<br>Nicor<br>P.O. Box 310<br>Aurora IL   60507-2020 | Phone:<br>Nicor<br>P.O. Box 310<br>Aurora IL   60507-2020 | | | $ 165.00 |
| 17<br>HSBC NV<br>P.O Box 19360<br>Portland OR   97280 | Phone:<br>HSBC NV<br>P.O Box 19360<br>Portland OR   97280 | | | $ 87.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____, _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *2/9/2007*          Signature */s/ Fernali Ferrice*
                          Name:  *Fernali Ferrice*

Page 3

A & C International S.A.de C.V
C/O Baker Miller et al
29 North Wacker Drive 5th Floo
Chicago, IL  60606

Ameriquest
P.O. Box 21550
Tulsa, OK  74121

Barnard Elevator Company
6650 Northwest Highway
Suite 106
Chicago, IL  60631

Biehl & Biehl
P.O. Box 87410
Carol Stream, IL  60188-7410

D. Patrick Mullarkey
Tax Division, (DOJ)  P.O. Box
Ben Franklin Station
Washington, DC  20044

Dependon Collection
PO Box 6074
River Forest , IL  60305

Dineff Trademark Law Limited
160 North Wacker Drive
Chicago, IL  60606

Eastern Savings Bank
11350 McCormick Road
#200 Executive Plaza #2
Hunt Valley, Maryland  21031

Fernali Ferrice
1951 North 15th Avenue
Second Floor
Melrose  Park, IL  60120

Hanson Commercial Real Estate
Swanson, Martin & Bell
330 N. Wabash Suite 3300
Chicago, IL  60611

HSBC NV
P.O Box 19360
Portland, OR  97280

HSBC NV
P.O. Box 19360
Portland, OR  97280

Illinois Attorney General
100 West Randolph Street
13th Floor
Chicago, IL  60601

```
Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois   60664-0338

Illinois Personal Taxes
Law Offices of Arnold Harris
600 W. Jackson Blvd #720
Chicago, IL   60661

Internal Revenue Service
P.O. Box 21126
Philidelphia, PA   19114

Internal Revenue Service
230 S. Dearborn Stop 5014 CHI
Chicago, IL   60604

KCA Financial Services Inc.
628 North Street
P.O. 53
Geneva, Illinois   60134

Legacy Insurance Agency, Inc.
307 W. 7th Street
Suite 1918
Fort Worth, TX   76102

Nicor
P.O. Box 310
Aurora, IL   60507-2020

Paul M. Bach
1955 Shermer Road, Unit 150
Northbrook, IL   60062

Select Portfolio
3815 S. West Temple
Salt Lake City, Utah   84115-4412

Stitt, Klein, Daday
121 South Wilke Road, #500
Arlington Hts., IL   60005

The Platimum Associates
Weltman, Weingber, & Reis
10 S. LaSalle Suite 900
Chicago, IL   60603

Thyssekrupp Elevator Company
C/O Debra Liss
20 North Clark Street #2300
Chicago, IL   60602

United States Attorney
219 S. Dearborn Street
Chicago, IL   60604
```

## NOTICE TO CONSUMER DEBTORS
## ON INFORMATION REQUIRED IN BANKRUPTCY CASES
(Pursuant to 11 U.S.C. 527(a)(2))

The bankruptcy code requires you to provide complete and accurate information about your debts, property and financial affairs. We take this requirement very seriously. We want you to understand these requirements clearly.

(A) All information that you are required to provide with a bankruptcy petition and thereafter during your bankruptcy case is required to be complete, accurate and truthful.

(B) In the documents you have me file with the court to commence your bankruptcy case and thereafter, you must completely and accurately disclose all your assets and all of your liabilities. You must provide the replacement value without deducting the costs of sale or marketing as of the date you file of each item of personal property (property other than real estate) that is subject to a lien or security interest. You must make a reasonable inquiry to establish this value. If you acquired the property primarily for personal, family or household purposes, "replacement value" means the price a retail merchant would charge for an item of that kind given the age and condition of the item at the time you file.

(C) You must accurately provide after reasonable inquiry, your current monthly income, the amounts specified in 11 U.S.C. § 707(b)(2) and in a case under Chapter 13, disposable income (determined in accordance with § 707 (b)(2)).

(D) Information you provide during your case may be audited pursuant to the Bankruptcy Code. Failure to provide accurate information may result in dismissal of your case or other sanction including a criminal sanction.

I have received a copy of this notice

_____   11/20/07      1951 North 15th Avenue  Second Floor
Signature of Assisted Person        Date                Address

Fernali Ferrice                                Melrose Park, IL 60120
Printed Name of Assisted Person                   City, State, Zip

1219
Last 4 Digits of Social Security Number